AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 13, 2022

SEAN F. McAVOY, CLERK

BILLY EDWARD TOYCEN,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| YAKIMA DISTRICT COURT and | ) |
| YAKIMA SUPERIOER COURT, | ) |
| *Defendant* | ) |

Civil Action No.   1:22-cv-03021-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:    Amended Complaint, (ECF No. 7) is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief
may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    SALVADOR MENDOZA, JR.

Date:  07/13/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates